# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CHRIS AUSTIN,

    Plaintiff,

v.                                      CASE NO. 5:17cv261-MCR/MJF

REGINALD CROMARTIE and THORPE,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 22, 2019. ECF No. 37. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1)    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) The Plaintiff's civil action is **DISMISSED** without prejudice as malicious pursuant, to 28 U.S.C. § 1915(e)(2)(B)(i) and § 1915A(b)(1).

(3) The clerk of the court for the United States District Court for the Northern District of Florida is directed to enter judgment accordingly and close the file for this case.

**DONE AND ORDERED** this 20th day of February 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 5:17cv261-MCR/MJF